

_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>DIANA LOUISE GLASS<br>FKA DIANA GLASS PISTORIO<br><br>    Debtor | Case No. 12-32301-RAG<br>Chapter 11 |
| MERRILL LYNCH CREDIT<br>CORPORATION<br><br>    Movant<br>v.<br><br>DIANA LOUISE GLASS<br>FKA DIANA GLASS PISTORIO<br><br>    Respondents | Motion No. |

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 33047

### CONSENT ORDER MODIFYING AUTOMATIC STAY

   Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

1

    ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d), to permit Movant to commence foreclosure proceeding in the Circuit Court for Baltimore County, Maryland, against the real property and improvements known as 12317 Cleghorn Road, Hunt Valley, MD 21030 and to allow the successful purchaser to obtain possession of same; and be it further

    ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

    1.  Make a payment to the Movant of $14,911.44 (said payment represents the regular mortgage payment) by June 1, 2013  (said payment is not late if made by the 15th of the month) and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above referenced property; and

    2.  Make a payment to the Movant of Debtor will cure the post petition arrears of $75,383.20 through the Chapter 11 Plan; and

    3.  All payments to the Movant should be made to:
        PHH Mortgage Corporation
        2001 Bishops Gate Blvd.
        Mt. Laurel, NJ 08054
        ATTN: Cash Management

    To the extent the Debtor defaults in making the above specified cure or regular payments within the first sixty days of the cure the Movant shall be immediately free to proceed with foreclosure of its security instrument; the forbearance provisions of this order will immediately terminate upon the failure to timely tender any and all payments within the first sixty days of this order and the filing of the Notice of Secured Creditor's Right to Commence Forclsoure Proceedings.  If being understood between the parties that strict compliance provision is intended as good faith consideration for this order.  Upon default and termination of the forbearance provisions under this paragraph, the Movant shall file a Notice of Secured Creditor's Right to Commence Foreclosure Proceedings.  If the debtor defaults upon payment under the terms of this order and if said default occurs outside of the sixty day period set forth in this paragraph or if any payments which have been acknowledged in the calculation of the mortgage arrearage in this order, but which subsequently fail to clear and are dishonored then the Movant shall;

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  33047

mail notice to the Debtor and Debtor's attorney allowing an additional ten (10) days from the mailing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court.  Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.  If after ten (10) days from the mailing of the notice, the payment remains in arrears, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court

Upon the filing of the third such affidavit, the Automatic Stay shall immediately terminate; and be it further

ORDERED that the fourteen (14) day stay of Rule 4001(a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

| /s/ Mark D. Meyer, Esq. | /s/ Brett Weiss |
|---|---|
| Mark D. Meyer, Esq. | Brett Weiss |
| Attorney for Movant | Attorney for Debtor |

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  33047

cc: Mark D. Meyer, Esq., Esquire
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814

Office of U.S. Trustee
Trustee
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201

Brett Weiss, Esquire
Chung & Press, LLC
6404 Ivy Lane, Ste 408 , Greenbelt MD  20770

Diana Louise Glass
fka Diana Glass Pistorio
12317 Cleghorn Road
Hunt Valley, MD 21030

 I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

        /s/ Mark D. Meyer, Esq._____
        Mark D. Meyer, Esq.

**End of Order**

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  33047